IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CRIMINAL CASE NO. 1:10cr07-2

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) ) vs. ) ) ) NICHOLAS CHASE JACKSON. ) ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 27].

The Defendant has pled guilty to a bill of information in a separate proceeding. As a result, the Government seeks to dismiss this bill of indictment.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 27] is hereby **GRANTED** and the bill of indictment is hereby **DISMISSED** without prejudice.

Signed: April 28, 2010

Martin Reidinger
United States District Judge